## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

NEAL MCCOLLUM,          :   No. 147 MM 2020

         Petitioner       :

            v.            :

COMMONWEALTH OF PENNSYLVANIA   :
OF DAUPHIN COUNTY,           :

         Respondent      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of October, 2020, the "King's Bench Matter - Application for Extraordinary Relief" is DENIED.